THE CITY OF NEW YORK, Appellant, v. THE CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Respondent.— Motion granted on condition that the appeal be heard on November 1, 1921, for which day the case is set

down; otherwise, motion denied.  Rich, Putnam, Kelly and Manning, JJ., concur; Blackmar, P. J., dissents.